HECTOR ACOSTA *v.* JOHN R. MANSON

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*L. D. McCallum,* assistant attorney general, for the appellee (defendant).

*Jerrold H. Barnett,* for the appellant (plaintiff).

Argued October 4—decided October 4, 1977

MARGARET PUSTELLO ET AL. *v.* THOMAS R. PRESTON ET AL.

The defendants' motion to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*Jeffrey L. Williams,* for the appellees (defendants).

*G. J. Stillson MacDonnell,* for the appellants (plaintiffs).

Argued October 4—decided October 4, 1977

WILLIAM H. LATHAM *v.* AN-NI ASSOCIATES, INC.

The plaintiff's motion to dismiss the appeal from the Superior Court in Tolland County is granted.

*Lloyd Frauenglass,* for the appellee (plaintiff).

*Wendell S. Gates,* for the appellant (defendant).

Argued October 4—decided October 4, 1977